UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| In re: | James R. Beas | ) Case No. 17-15952 |
|---|---|---|
| | XXX-XX-8373 | ) Chapter 13 Proceedings |
| | Donna M. Beas | ) Judge Jessica E. Price Smith |
| | XXX-XX-9247 | ) |
| | Debtors | ) |

**TRUSTEE'S MOTION FOR ORDER RELEASING INCOME OF THE DEBTORS FROM THE JURISDICTION OF THE COURT**

**LAUREN A. HELBLING**, the duly appointed, Standing Chapter 13 Trustee herein, makes the following representations:

1. That this case was converted on August 27, 2018.

2. That the employer will continue to make wage deductions unless and until the Court orders the release of the income of the debtors from the jurisdiction of the Court.

**WHEREFORE**, the Trustee requests an order releasing the income of the debtors from the jurisdiction of the Court in the form of the proposed order submitted contemporaneously herewith.

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on September 5, 2018 a true and correct copy of this Motion for Order Releasing Income was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Renee Heller, on behalf of Donna M. & James R. Beas, Debtors
        at Rhlegal@Aol.Com

And by regular U.S. mail, postage prepaid, on:

    Donna M. & James R. Beas, Debtors, at 16481 Shelby Drive, Brook Park OH 44142

    /s/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    (216) 621-4268