Dated: 5 September 2018  10:20 AM

ENTERED UNDER AMENDED ADMINISTRATIVE
ORDER NO. 11-02
TERESA D. UNDERWOOD,
CLERK OF BANKRUPTCY COURT

BY: /s/ Michael Gaughan
  Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

| | |
|---|---|
| In re:   James R. Beas | ) Case No. 17-15952 |
| XXX-XX-8373 | ) Chapter 13 Proceedings |
| Donna M. Beas | ) Judge Jessica E. Price Smith |
| XXX-XX-9247 | ) |
| Debtors | ) |

## ORDER RELEASING INCOME OF THE DEBTORS
## FROM THE JURISDICTION OF THE COURT

This case came on for consideration upon the motion of the Chapter 13 Trustee for an order releasing the income of the debtors from the jurisdiction of the Court, because wage deductions are no longer necessary for the chapter 13 plan.  Upon consideration of the representations of the Trustee,

**THE COURT FINDS** that Motion of the Trustee is well taken and should be granted.

**IT IS, THEREFORE, ORDERED:**

**1**.  That the debtors and the employers of the debtors, if applicable, are hereby released from the Court's Order of March 13, 2018, pertaining to the income of the debtors; and

2.  That the Court hereby surrenders jurisdiction over the future income of the debtors. A copy of this Order shall be served by mail upon the employer.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

Renee Heller, Attorney for Debtors
(served via ECF)

Donna M. & James R. Beas, Debtors
16481 Shelby Drive
Brook Park OH 44142

Cleveland Die & Manufacturing Co., Employer
Attn: Payroll, 20305 First Avenue
P.O. Box 30249
Middleburg Heights OH 44130

###